# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**TRAVIN MICHAEL LISTER,**

    **Plaintiff,**

    v.

**PICKAWAY COUNTY SHERIFF'S OFFICE, et al.,**

    **Defendants.**

Civil Action 2:14-cv-269
Judge Michael H. Watson
Magistrate Judge Elizabeth P. Deavers

## ORDER

This matter is before the Court for consideration of the United States Magistrate Judge's April 2, 2014 Order and Report and Recommendation. (ECF No. 5.) The Magistrate Judge recommended that the Court dismiss Plaintiff's claims against the Pickaway County Sheriff's Office, Sheriff Robert Radcliff, Clerk of Courts James Dean, and Judy C. Wolford.

The Report and Recommendation specifically advises Plaintiff that the failure to object to the Report and Recommendation within fourteen days of the Report results in a "waiver of the right to de novo review . . . by the District Judge and waiver of the right to appeal the judgment of the District Court." (Report and Recommendation 8-9, ECF No. 5.) The time period for filing objections to the Report and Recommendation has expired. Plaintiff has not objected to the Report and Recommendation.

The Court has reviewed the Report and Recommendation. Noting that no objections have been filed and that the time for filing such objections has expired, the Court **ADOPTS** the Report and Recommendation. Accordingly, the Court **DISMISSES** Plaintiff's claims against the Pickaway County Sheriff's Office, Sheriff Robert Radcliff, Clerk of Courts James Dean, and Judy C. Wolford.

**IT IS SO ORDERED.**

*/s/ Michael H. Watson*
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**